NO.
12-05-00254-CR

                        NO. 12-05-00323-CR

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

 

LAKEISHA ROCHELLE MCCAULEY,       '     APPEAL
FROM THE 

APPELLANT

 

V.                                                                         '     COUNTY
COURT AT LAW NO. 2 OF

 

THE STATE OF TEXAS,

APPELLEE                                                       '     SMITH
COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant has filed a motion to dismiss these
appeals.  The motion is signed by
Appellant and her counsel.  No decision
having been delivered by this Court, the motion is granted, and these appeals
are dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion
delivered February 15, 2006.

Panel consisted of Worthen, C.J., Griffith, J., and
DeVasto, J.

 

 

 

 

 

 

                                                             (DO
NOT PUBLISH)